**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7086**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES WILLIAM MASTERS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Thomas S. Kleeh, Chief District Judge.  (2:18-cr-00002-TSK-MJA-1)

_____

Submitted:  July 28, 2023                          Decided:  August 11, 2023

_____

Before KING and THACKER, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** Jenny R. Thoma, Research & Writing Attorney, OFFICE OF THE FEDERAL PUBLIC DEFENER, Clarksburg, West Virginia, for Appellant.  William Ihlenfeld, United States Attorney, Wheeling, West Virginia, Stephen Warner, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Elkins, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles William Masters appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Having reviewed the record and Masters' claims, we find no reversible error in the district court's exercise of its discretion to deny relief. Accordingly, we affirm the district court's order. *United States v. Masters*, No. 2:18-cr-00002-TSK-MJA-1 (N.D.W. Va. Sept. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*